20853. SIMMONS *v.* THE STATE.

BROYLES, C. J. There being no assignment of error in the bill of exceptions upon the final judgment of the court (the overruling of the motion for a new trial), the writ of error must be and is
Dismissed. <em>Luke* and Bloodworth, JJ.,</em> concur.<br>
DECIDED NOVEMBER 11, 1930.

*C. D. Irwin, R. D. Feagin,* for plaintiff in error.
*John Y. Roberts, solicitor,* contra.

20862. LEDFORD *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial is based on the general grounds only. There is evidence to support the finding of the jury; and this court can not interfere with the judgment of the trial court overruling the motion. *Soell* v. *State,* 4 *Ga. App.* 337 (3) (61 S. E. 514); *Kirkland* v. *State,* 39 *Ga. App.* 568 (147 S. E. 777); *Cothren* v. *State,* 38 *Ga. App.* 752 (145 S. E. 484).
*Judgment affirmed. Broyles, C. J., and Luke, J.,* concur.<br>
DECIDED NOVEMBER 11, 1930.

*Norman Shattuck,* for plaintiff in error.
*M. Neil Andrews, solicitor-general, Dean Owens,* contra.